UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERROLD JON LLOPIS,<br><br>    Plaintiff,<br><br>    v.<br><br>FIRST FRANKLIN, et al.,<br><br>    Defendants. | Case No.: 12-cv-02154 YGR<br><br>**ORDER REGARDING PLAINTIFF'S FAILURE TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT** |

On August 24, 2012, Defendants filed a Motion to Dismiss Complaint. (Dkt. No. 11.) The hearing on the motion is set for October 2, 2012. Plaintiff's opposition was due on September 10, 2012. Civ. L.R. 7-3(a).

To date, Plaintiff has failed to oppose the Motion to Dismiss. <u>Plaintiff shall file an opposition to the Motion to Dismiss no later than September 26, 2012. Failure to file an opposition by that date will result in dismissal of the action against Defendants for failure to prosecute.</u> Any reply to an opposition must be filed within the timeframe set forth in Civ. L.R. 7-3(c).

The hearing date of October 2, 2012 is hereby **VACATED**. The Court re-sets the hearing for October 30, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: September 12, 2012

                                                               _____
                                                               **YVONNE GONZALEZ ROGERS**
                                                      **UNITED STATES DISTRICT COURT JUDGE**