1

2

3               UNITED STATES DISTRICT COURT

4              NORTHERN DISTRICT OF CALIFORNIA

5

6

7

8    JERROLD JON LLOPIS,                          Case No.: 12-cv-02154 YGR

9          Plaintiff,                             **ORDER DISMISSING PLAINTIFF'S COMPLAINT
                                                  AGAINST DEFENDANTS FOR FAILURE TO
10         v.                                     PROSECUTE ACTION AND FAILURE TO SERVE**

11   FIRST FRANKLIN, et al.,

12         Defendants.

13

14         On August 24, 2012, certain Defendants filed a Motion to Dismiss Complaint.  (Dkt. No. 11.)

15   Plaintiff's opposition was due on September 10, 2012.  Civ. L.R. 7-3(a).  The hearing on the Motion

16   to Dismiss Complaint, which had been re-set by the Court, is currently scheduled for October 30,

17   2012.

18         After failing to file any opposition, the Court, on September 12, 2012, ordered Plaintiff to

19   respond to the Motion to Dismiss Complaint no later than September 26, 2012, or face dismissal of

20   the action for failure to prosecute.  (Dkt. No. 14.)  Plaintiff again failed to respond.  Because Plaintiff

21   has failed to prosecute this lawsuit, Plaintiff's complaint against Defendants who filed the Motion to

22   Dismiss Complaint is **DISMISSED WITHOUT PREJUDICE**.  This Order terminates Dkt. No. 11 and

23   **VACATES** the hearing date of October 30, 2012.

24         As to any remaining Defendants in this action, there is no indication that any party has been

25   served.  Pursuant to Federal Rule of Civil Procedure 4(m), a defendant *must* be served within 120

26   days from the date the lawsuit was filed.  The 120-day deadline has passed and it does not appear

27   from the record that the remaining Defendants have been served.  For these reasons, this action is

28   **DISMISSED WITHOUT PREJUDICE** as to the non-moving Defendants.

United States District Court
Northern District of California

1    **IT IS SO ORDERED.**

2

3    Dated: October 1, 2012

4    _____
     **YVONNE GONZALEZ-ROGERS**
5    **UNITED STATES DISTRICT COURT JUDGE**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California